ERIC GRANT
United States Attorney
CHAN HEE CHU
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

ANTONIO BENITO ROJAS LASCREZ, aka Antonio Benito Rojas-Las Carez, and Antonio Benito Rojas,

Defendant.

Case No. 1:25-CR-00143-KES-BAM

STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER

DATE: November 12, 2025
TIME: 1:00 P.M.
COURT: Hon. Barbara A. McAuliffe

Defendant Antonio Benito Rojas Lascrez ("Defendant") and the United States of America ("United States") stipulate and request that the currently scheduled Status Conference on November 12, 2025, at 1:00 p.m. be rescheduled to January 14, 2026, at 1:00 p.m.

After making his initial appearance on the indictment, Defendant was detained. [ECF #5].

The United States has provided initial and supplemental discovery to defense counsel.

The United States has also extended a plea offer.

Defense counsel requires time to review discovery and consult with her client. Defense counsel believes that failure to grant the above-requested continuance would deny her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

Based on the above, the parties agree that the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date

prescribed by the Speedy Trial Act, and the parties agree that, for the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period November 12, 2025, to January 14, 2026, inclusive, is excludable pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

**STIPULATION**

The United States of America, by and through undersigned counsel, and Defendant, by and through undersigned counsel, hereby stipulate as follows:

1. The currently scheduled Status Conference may be continued to January 14, 2026, at 1:00 p.m.
2. Time may be excluded from November 12, 2025, to January 14, 2026, inclusive.

Respectfully submitted,

ERIC GRANT
United States Attorney

Date: November 5, 2025

*/s/ Chan Hee Chu*
CHAN HEE CHU
Assistant United States Attorney
Attorney for Plaintiff

Date: November 5, 2025

HEATHER E. WILLIAMS
Federal Defender

*/s/ Laura Myers*
LAURA MYERS
Assistant Federal Defender
Attorney for Defendant
ANTONIO BENITO ROJAS LASCREZ

**ORDER**

IT IS SO ORDERED that the status conference is continued from November 12, 2025, to **January 14, 2026 at 1:00 p.m. in Courtroom 8 before Magistrate Judge Barbara A. McAuliffe**. Time is excluded pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv).

IT IS SO ORDERED.

Dated: **November 5, 2025**

/s/ Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE