HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
LAURA MYERS, IL Bar #6338417
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
ANTONIO ROJAS LASCREZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>vs.<br><br>ANTONIO ROJAS LASCREZ,<br><br>             Defendant. | Case No. 1:25-cr-143-KES-EPG<br><br>**STIPULATION TO VACATE STATUS CONFERENCE AND SET FOR CHANGE-OF-PLEA HEARING; ORDER**<br><br>Date:   February 9, 2026<br>Time:   9:30 a.m.<br>Judge:  Hon. Kirk E. Sherriff |

IT IS HEREBY STIPULATED by and between the parties through their respective counsel, Assistant United States Attorney Chan Hee Chu, counsel for plaintiff, Assistant Federal Defender Laura Myers, counsel for Antonio Rojas Lascrez, that the Court may vacate the status conference currently scheduled for January 14, 2026, at 2:00 p.m., and set the matter for a change-of-plea hearing on February 9, 2026, at 9:30 a.m., in front of Judge Kirk E. Sherriff.

The parties agree and request that the Court make the following findings:

1. By previous order, this matter was set for a status conference on January 14, 2026.

2. Mr. Rojas Lascrez intends to enter an open plea.  An Application for Permission to Enter Plea of Guilty will be filed in advance of the plea hearing.

3. The parties therefore request that the Court vacate the January 14 status conference and set the matter a change-of-plea hearing on February 9, 2026.

1   4.   For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.*, within which trial must commence, the parties agree that the time period of January 8, 2026, to February 9, 2026, inclusive, is excludable pursuant to 18 U.S. C. § 3161(h)(1)(G) and (h)(7)(B)(iv). Specifically, the parties agree that the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act because the continuance ensures continuity of counsel and the delay results from defense counsel's continued review of discovery and case assessment.

Respectfully submitted,

ERIC GRANT
United States Attorney

Date: January 8, 2026                   */s/ Chan Hee Chu*
                                        CHAN HEE CHU
                                        Assistant United States Attorney
                                        Attorney for Plaintiff


                                        HEATHER E. WILLIAMS
                                        Federal Defender

Date: January 8, 2026                   */s/ Laura Myers*
                                        LAURA MYERS
                                        Assistant Federal Defender
                                        Attorney for Defendant
                                        ANTONIO ROJAS LASCREZ

# **O R D E R**

**IT IS SO ORDERED.** The status conference currently scheduled for January 14, 2026, at 2:00 p.m. is vacated. A change-of-plea hearing is hereby set for February 9, 2026, at 9:30 a.m., before Judge Kirk E. Sherriff. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.*, within which trial must commence, the time period of January 8, 2026, to February 9, 2026, inclusive, is excludable pursuant to 18 U.S.C. § 3161(h)(1)(G) and (h)(7)(B)(iv).

IT IS SO ORDERED.

Dated: **January 9, 2026**        /s/ Erica P. Grosjean
                                   UNITED STATES MAGISTRATE JUDGE